STATE OF NEW JERSEY v. FRANK HUBBARD.

September 21, 1971. Petition for certification denied.

ALFRED BETTS v. NEW JERSEY STATE PAROLE BOARD.

September 21, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. AUBREY BAILEY, *ET AL.*

September 21, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE PITTMAN HAMILTON.

September 21, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT DI LEO.

September 21, 1971. Petition for certification denied.

GEORGE T. REAM, *ET AL.* v.
COUNCIL OF THE TOWNSHIP OF EVESHAM, *ET AL.*

September 21, 1971. Petition and cross-petition for certification denied.